

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PHFA<br>　　　　PLAINTIFF<br><br>-against-<br><br>AISHA RHODES<br><br>　　　　CONSUMER, [Defendant} | **17   1774**<br><br>NOTICE OF REMOVAL<br>MOTION TO TRANSFER TO<br>TO MISCELLANEOUS CASE |

　　　　COMES NOW, the Consumer [Defendant], removing party Aisha Rhodes, erroneously referred to as, [Defendant], Occupant and in direct support of this Notice to this Honorable District Court, Judge for the Eastern District of Pennsylvania the following is hereby stated;

## NOTICE OF REMOVAL

　　　　Pursuant to the express and specific language of 28 USC 1441, 1331, Federal Question, Constitution, 15 USC 1692k(3)(D), Fair Debt Collection Practices Act, 12 CFR 226.23, Truth in Lending act et seq, immediately upon the filing of this Notice with the Clerk of this Honorable Court, this case has already been removed.

　　　　The removal of jurisdiction from the foreign state tribunal to this Article III, competent judicial District Court Eastern District of Pennsylvania is automatic, by operation of federal, state laws, and does not require any additional written order from the Eastern District of Pennsylvania to cause this removal to become effective - the removal is an automatic judicial event, and immediate by operation of law.

　　　　Put another way, the United States Supreme Court Clarified and established, clear back in 1966; The petition is now filed in the first instance in the federal court. After notice is given to all adverse parties and a copy of the petition is filed with the state tribunal, removal is effected and state court proceedings muse cease unless for some reason is remanded . 28 USC 1446(1964 ed.)

　　　　Because this cause is now removed, the instant state Tribunal is without jurisdiction, if it ever had it, to affect any judgment, ruling, in these proceedings, 28 USC 1446(c)(3). The warrant of removal to the Eastern District of Pennsylvania is attached hereto as required by the express language of the

federal law. (See, "Exhibit A & B). This Tribunal has demonstrated a lack of compliance with even its own private state law, much less federal laws.

In spokeo, the Supreme Court reaffirmed the well-established principle that a plaintiff invoking jurisdiction of an Article III court must establish "injury in fact" Spokeo, Slip op. at . In particular, "a plaintiff must show that he or she suffered 'an invasion of a legally protected interest' that is 'concrete and particularized' and 'actual or imminent, not conjectural or hypothetical.'" Id. at 7 (quoting Lujan v. Defenders of Wildlife, 504 U.S. 555, 560 (1992)).

Spokeo also reaffirms the longstanding principle that the required "legally protected interest" may be an interest that Congress has granted legal protection by creating a statutory right. See id. At 9 (reaffirming that "Congress may ' elevate to the status of legally cognizable injuries concrete, de facto injuries that were previously inadequate in law'" ( quoting Lujan, 504 U.S at 578) (alteration omitted)); accord WArth v.Seldin, 422 U.S. 490, 500 (1975) ("The actual or threatened injury required by Article III, may exist solely by virtue of statutes creating legal rights, the invasion of which creates standing"

## FACTUAL HISTORY

The Consumer Aisha Rhodes, named above and referred to erroneously as [Defendant] in an action and suit brought by a third party debt collector(s), attempting to collect an alleged debt which derived, pertains to interstate, international commerce within the United States, territory. The alleged debt(s) are instrumentalities of interstate commerce and obligations of the United States, of America.

The types of debts alleged by the [Plaintiff] debt collector(s) are not intra state debts created by, under any foreign state laws outside the United States, territory. The consumer is a federally protected person, as well the actions, pursuit of said debts are expressly defined in federal consumer protection laws, statutes, specifically, but not limited to the Fair Debt Collection Practices Act, 15 USC 1692 et, seq. The consumer who is also secured creditor are properly defined within the federal statute at 1692a(3)(4).

The debt collector(s) acting as Plaintiff's named above are easily defined in 1692a(6), attempting to collect alleged debt(s) defined in 1692a(5), along with all the attached pleadings disguised as communications defined in 1692a(2). (See exhibit A & B") The alleged Plaintiff, debt collector(s) are subject to, and governed by all federal laws, statutes, rules which regulates all debt collection activities within the Unites States, territories.

Accordingly, none of the debt instruments relied upon by the Plaintiff, debt collectors(s) are of a intra state nature, pertaining to any foreign covert private state. However, the federal statute clearly defines the proper competent State, judicial district and court to bring such claims against a consumer. Specifically, the jurisdiction, venue this illegal action was brought in, against the consumer is "not exempt under either 1692a(6)(c),1692 o, or properly defined in 1692a(6)(8). Furthermore, the debt collector(s) [Plaintiff's] brought this debt collection action while fully aware that such foreign, unknown covert private "state" tribunal, forum was ill equipped to adjudicate the action

Consequently , the federal statute is clear that such debt collection actions, even against "real property" if applicable, must be brought in a competent judicial district, court defined in 1692i and 1692k(3)(d) respectively. In light of this fact the debt action brought against the consumer with federal

and constitutional protections were intentionally, illegally and unlawfully brought in an unlawful, foreign, convert, jurisdiction, tribunal outside the United States, federal territory.[1]

The debt collector(s), [Plaintiff] in this action routinely engage in abusive, illegal, deceptive, civil and even criminal acts against federally protected consumers by circumventing many federal laws, protections that would otherwise not allow the violators to succeed if brought before a properly clothed, competent judicial district, court under Article III, of the Constitution, complete with a proper Article III Judge. Therefore, the consumer who is protected federally internationally, regardless of any alleged location, can remove, enforce, defend each of these federal protections, in any competent judicial district defined in 1692k(3)(D).

For reasons obvious to the consumer regarding either, the lack of jurisdiction, constitutional authority, judicial competence under Article III, of the US Constitution. Many state district tribunals are Article I,IV, inferior legislative tribunals engaged in, authorized by the Congress under the Commerce Clause. It has become obvious that these legislative tribunals, courts are either reluctant to support, protect consumer under federal law, constitutions. Or, in the alternative there is more serious dilemma whereby inferior tribunals, courts are obstructing consumers.

This significant issue and ploy against Consumers, by just about every tribunal, court within every federal territory, has become yet another concerted effort to prevent, discourage, distract the Consumer from Enforcement, defense, protection from foreign, local state trespassers, mainly attorney debt collectors. The debt collector(s) here routinely, illegally engage in the unlicensed practice of law, 1692e(3) as it pertains to interstate commerce, federal debt collection activities, lack of approval, authorization, inadequate bonding, indemnification and the most abusive behavior and conduct against consumers.

As such these debt collectors, especially those particular foreign state, courts that falsely simulate represent, hold themselves out to be officials, officers, judicial districts, courts, affiliated with the United States, or any State within federal territory subject to  federal laws, constitution(s) in violation of 1692e(1)(7)(8)(9)(10)(13)(14), 1692c(b),1692b(5) and 1692f(6) respectively. With much credit, respect and praise to the US Congress who enacted these federal protections and the ability, authority in the form of Private Right of Action, self-enforcing, to justify compliance supported by federal laws and constitutions.

The consumer has standing pursuant to Article III, to bring this Enforcement and Compliance Action under federal consumer laws against the parties named above. The other reason for the consumer bringing this Enforcement Action is due to the fact the consumer file complaints with the United States of America Consumer Financial Protection Bureau, Federal Trade Commision and US Justice Department.

---

[1] Supreme Court Queens County is a debt collector as defined in 1692a(6), is not exempt under 1692a(6)(c)(8). This Tribunal is a private law firm acting in a foreign, covert, territory not in the United States. The consumer has served upon the Supreme Court queens County, under federal law, consumer protection statutes.

The consumer is most grateful, honored, supportive and indebted to the Agencies of the CFPB, FTC, US Justice Department's who acting as agent for the American People, who act as consumers, natural persons obtaining goods and services for personal, family and household purposes. The CFPB has succeeded in doing what previous multiple federal agencies failed to do in the last several decades.

The Dodd Frank Act which created agencies like the CFPB, and enhanced the power of other agencies already activated like the FTC to tackle this enormous, destructive banking system failure and those debt collectors that now attempts to extend the fraud and crimes of the predecessor banks. In Light of this, the CFPB, FRC, USDOJ, will likely have an interest in this matter, as an investigation may be pending on behalf of the consumer with such agencies regarding numerous violations of federal, constitutional laws.

Specifically, the debt collectors in this matter are not only in contempt of the consumer, federal protection laws, but as well the CFPB, FTC based on communications received from these agencies on the consumer's behalf. These communications to these debt collectors, from the consumer, also derived from the CFPB.

The Consumer will make a valiant effort to comply with certain civil rules, especially those that are promulgated by the US Supreme Court, 28 USC 2072, 2071, which does not conflict with the law(s) of the cae, FDCPA, other federal consumer protection laws. This is an Enforcement Action and Proceedings, not a Complaint under a conventional litigation structure.

For purposes of this Enforcement Action, the consumer will as the Court, judge, to witness such compliance proceedings and ratification of the subsequent Decree and Consent Order the consumer will serve.

**WHEREFORE** the undersigned Consumer, Aisha Rhodes removes this federal action to The United States District Court Eastern District of Pennsylvania, for enforcement Proceedings and Compliance

Dated this 18th day of April 2017

By: *[signature]*

Aisha Rhodes

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PHFA<br>　　　　PLAINTIFF<br><br>-against-<br><br>AISHA RHODES<br><br>　　　　CONSUMER, [Defendant} | NOTICE OF REMOVAL<br>MOTION TO TRANSFER TO<br>TO MISCELLANEOUS CASE |

CERTIFICATE OF SERVICE

I certify a copy of the above document was served by US Mail to the following parties:

KML LAW GROUP PC
701 MARKET STREET SUITE 5000
MELLON INDEPENDENCE CENTER
PHILADELPHIA PA 19106

**Office of Judicial Records - Civil**
First Judicial District of Pennsylvania
Room 284 **City Hall**
Philadelphia, PA 19107
REF CASE ID #'s (130302766) & (161000075)

MARCLY JEAN-PAUL,
5546 MIRIAM RD PHILADELPHIA PA 19124



EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MARCH 2013**   **002766**

E-Filing Number: 1303032957

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PHFA | **DEFENDANT'S NAME**<br>AISHA RHODES |
| **PLAINTIFF'S ADDRESS**<br>211 NORTH FRONT STREET PO BOX 15057<br>HARRISBURG PA 17101 | **DEFENDANT'S ADDRESS**<br>6230 NORTH NORWOOD STREET<br>PHILADELPHIA PA 19138 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint    [ ] Petition Action    [ ] Notice of Appeal<br>[ ] Writ of Summons    [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[ ] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[ ] Non-Jury<br>[X] Other: MORTGAGE FORECLOSURE | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**
3D - RESIDENTIAL OWNER OCCUPIED-MR

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED<br>PRO PROTHY<br>MAR 20 2013<br>J. OSTROWSKI | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES    NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: U.S. BANK NATIONAL ASSOCIATION TRUSTEE FOR THE PHFA

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | | ADDRESS |
|---|---|---|
| MICHAEL T. MCKEEVER | | KML LAW GROUP PC<br>701 MARKET STREET SUITE 5000<br>MELLON INDEPENDENCE CENTER<br>PHILADELPHIA PA 19106 |
| **PHONE NUMBER**<br>(215) 627-1322 | **FAX NUMBER**<br>(215) 627-7734 | |
| **SUPREME COURT IDENTIFICATION NO.**<br>56129 | | **E-MAIL ADDRESS**<br>filings@goldbecklaw.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY**<br>*MICHAEL MCKEEVER* | | **DATE SUBMITTED**<br>Wednesday, March 20, 2013, 09:28 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**KML LAW GROUP, P.C.**
SUITE 5000 – BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PA 19106
(866) 413-2311
WWW.KMLLAWGROUP.COM

U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE
FOR THE PENNSYLVANIA HOUSING FIINANCE
AGENCY, PURSUANT TO A TRUST INDENTURE
DATED AS OF APRIL 1, 1982)
211 North Front Street
PO Box 15057
Harrisburg, PA 17101
                 *Plaintiff*

vs.

AISHA RHODES
**Mortgagor(s) and Record Owner(s)**
6230 North Norwood Street
Philadelphia, PA 19138
                 *Defendant(s)*

IN THE COURT OF COMMON PLEAS
OF Philadelphia COUNTY

CIVIL ACTION - LAW

ACTION OF MORTGAGE FORECLOSURE

No.

*Filed and Attested by PROTHONOTARY*

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claim in the Complaint of for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

COMMUNITY LEGAL SERVICES, INC.
Law Center North Central
1410 W. Erie Avenue
Philadelphia, PA 19140
215-227-2400 or 215-981-3700

PHILADELPHIA BAR ASSOCIATION
One Reading Center
Philadelphia, PA 19104
215-238-6333

## AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Case ID: 130302766

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.
SI USTED NO PUEDE PAGARLE A UN ABOGADO, ESTA OFICINA PUEDE PROVEERÉ INFORMACION ACERCA AGENCIAS QUE PUEDAN OFRECER SERVICIOS LEGAL A PERSONAS ELIGIBLE AQ UN HONORARIO REDUCIDO O GRATIS.

COMMUNITY LEGAL SERVICES, INC.
Law Center North Central
1410 W. Erie Avenue
Philadelphia, PA 19140
215-227-2400 or 215-981-3700

PHILADELPHIA BAR ASSOCIATION
One Reading Center
Philadelphia, PA 19104
215-238-6333

**THIS FIRM IS A DEBT COLLECTOR AND WE ARE ATTEMPTING TO COLLECT A DEBT OWED TO OUR CLIENT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THE PURPOSE OF COLLECTING THE DEBT.**

RESOURCES AVAILABLE FOR HOMEOWNERS IN FORECLOSURE

### ACT NOW!

Even though your lender (and our client) has filed an Action of Mortgage Foreclosure against you, you still may be able to SAVE YOUR HOME FROM FORECLOSURE.

1). Call an attorney. For referrals to a qualified attorney call either of the following numbers: 215-227-2400 or 215-981-3700 or 215-238-6333.
2). Call the Consumer Credit Counseling Agency at 1-800-989-2227 for free counseling.
3). Visit HUD'S website www.hud.gov for Help for Homeowners Facing the Loss of Their Homes.
4). Pennsylvania Housing Finance Agency also offers other loan programs that may assist homeowners in default. Please See the PHFA website http://www.phfa.org/consumers/homeowners/real.aspx.
5). Call the Plaintiff (your lender) and ask to speak to someone about Loss Mitigation or Home Retention options.
6). Foreclosure Resource Center: http://www.philadelphiafed.org/foreclosure/
7). Call or contact our office to request the amount to bring the account current, or payoff the mortgage or request a Loan Workout / Home Retention Package. Call our toll free number at 1-866-413-2311 or via email at homeretention@kmllawgroup.com. Call Seth at 215-825-6329 or fax 215-825-6429. The figure and/or package you requested will be mailed to the address that you request or faxed if you leave a message with that information. The attorney in charge of our firm's Homeowner Retention Department is David Fein who can be reached at 215-825-6318 or Fax: 215-825-6418. Please reference our Attorney File Number of 120065FC.

Para informacion en espanol puede communicarse con Loretta al 215-825-6344.

**This Action of Mortgage Foreclosure will continue unless you take action to stop it.**

Case ID: 130302766

## COMPLAINT IN MORTGAGE FORECLOSURE

1. Plaintiff is U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FIINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982), 211 North Front Street, PO Box 15057 Harrisburg, PA 17101.

2. The name(s) and address(es) of the Defendant(s) is/are AISHA RHODES, 6230 North Norwood Street, Philadelphia, PA 19138, who is/are the mortgagor(s) and record owner(s) of the mortgaged premises hereinafter described.

3. On June 11, 2007 mortgagor(s) made, executed and delivered a mortgage upon the Property hereinafter described to SOVEREIGN BANK, which mortgage is recorded in the Office of the Recorder of Deeds of Philadelphia County on June 27, 2007 as Document #51721752. The mortgage has been assigned to: U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FIINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) by assignment of Mortgage. Plaintiff is the real party in interest pursuant to an Assignment of Mortgage to Plaintiff attached as Exhibit C. The Mortgage and Assignment(s) (if any) are matters of public record and are incorporated by this reference in accordance with Pennsylvania Rule of Civil Procedure 1019(g); which Rule relieves the Plaintiff from its obligation to attach documents to pleadings if those documents are matters of public record.

4. The Property subject to the Mortgage is more fully described in the legal description set forth as Exhibit "A" ("Property").

5. The mortgage is in default because the monthly payments of principal and interest are due and unpaid for August 01, 2012 and each month thereafter and by the terms of the Mortgage, upon default in such payments for a period of one month or more, the entire principal balance and all interest due and other charges are due and collectible.

6. The following amounts are due to Plaintiff on the Mortgage:

| | |
|---|---|
| Principal Balance | $59,811.76 |
| Interest from 07/01/2012 through 02/27/2013 at 5.9500% | $2,115.75 |
| Per Diem interest rate at $9.89 | |
| Late Charges | $107.45 |
| Monthly late charge amount at $15.35 | |
| Monthly Escrow amount $133.24 | |
| Escrow Deficit | $761.55 |
| Deferred Late Charges | $506.55 |
| Reasonable Attorney's Fee | $1,650.00 |
| | **$64,953.06** |

7. If the Mortgage is reinstated prior to a Sheriff's Sale, the Attorney's Fees set forth above may be less than the amount demanded based on work actually performed. Plaintiff reserves the right to request additional attorney's fees if the complexity of the action results in fees in excess of the amount demanded. Further, Plaintiff will request recovery of all costs incurred in this action including, but not limited to, costs of suit, process serving and skip tracing, title searches, recording costs and any other costs of the action in accordance with the mortgage documents and applicable law.

Case ID: 130302766

8. Plaintiff is <u>not</u> seeking a judgment of personal liability (or an "<u>in personam</u>" judgment) against the Defendants in this Action but reserves its right to bring a separate Action to establish that right, if such right exists. If Defendants have received a discharge of their personal liability in a Bankruptcy proceeding, this Action of Mortgage Foreclosure is, in no way, an attempt to re-establish the personal liability that was discharged in Bankruptcy, but only to foreclose the Mortgage and sell the Property pursuant to Pennsylvania law.

9. Notice of Intention to Foreclose has been sent to Defendants by certified mail, as required by Act 6 of 1974 of the Commonwealth of Pennsylvania, on the date set forth in the true and correct copy of such Notice attached and incorporated as Exhibit "B".

WHEREFORE, Plaintiff demands a <u>de terris</u> judgment in mortgage foreclosure in the sum of $64,953.06, together with interest at the rate of $9.89, per day and other expenses, costs and charges incurred by the Plaintiff which are properly chargeable in accordance with the terms of the Note and Mortgage and Pennsylvania law until the Mortgage is paid in full, and for the foreclosure of the Mortgage and Sheriff's Sale of the Property.

By: _____
KML LAW GROUP, P.C.
\_\_\_ Michael McKeever Pa. ID 56129
\_\_\_ Jay E. Kivitz Pa. ID 26769
\_\_\_ Lisa Lee Pa. ID 78020
\_\_\_ Kristina Murtha Pa. ID 61858
\_\_\_ David Fein Pa. ID 82628
\_\_\_ Thomas Puleo Pa. ID 27615
\_\_\_ Joshua I. Goldman Pa. ID 205047
\_\_\_ Jill P. Jenkins Pa. ID 306588
\_\_\_ Andrew F. Gornall Pa. ID 92382
\_\_\_ Alyk L. Oflazian Pa. ID 312912
\_\_\_ Salvatore Filippello Pa. ID 313897
Attorneys for Plaintiff

## VERIFICATION

I, _Thomas F. Brzana, Jr.,_ as the representative of the Plaintiff corporation within named do hereby verify that I am authorized to and do make this verification on behalf of the Plaintiff corporation and the facts set forth in the foregoing Complaint are true and correct to the best of my information and belief. I understand that false statements therein are made subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Date:_____

_Thomas F Brzana Jr_ (signature)

#120065FC - AISHA RHODES
6230 North Norwood Street Philadelphia, PA 19138

Case ID: 130302766

EXHIBIT B

# Court of Common Pleas of Philadelphia County
## Trial Division
## Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

**OCTOBER 2016**

00007

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Marcly Jean-Paul | Unknown All Occupants |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| 5546 Miriam Rd Phila PA 19124 | 6230 N Norwood Street Phila |

**TOTAL NUMBER OF PLAINTIFFS:** 1

**TOTAL NO. OF DEFENDANTS:**

**COMMENCEMENT OF ACTION:**
- [ ] Complaint
- [ ] Writ of Summons
- [ ] Petition Action
- [ ] Transfer From Other Jurisdictions
- [ ] Notice of Appeal

**AMOUNT IN CONTROVERSY:**
- [ ] $50,000.00 or less
- [ ] More than $50,000.00

**COURT PROGRAMS:**
- [ ] Arbitration
- [ ] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Commerce (Completion of Addendum Required)
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

**CASE TYPE AND CODE (SEE INSTRUCTIONS):** 3R Ejectment

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS):**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER):**

Jean-Paul Vs Unknown Occupants-CMPLT

16100007500003

**IS CASE SUBJECT TO COORDINATION ORDER?** Yes / No

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

**NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY:** Marcly Jean-Paul

**PHONE NUMBER:** 484 602 1164

**FAX NUMBER:**

**SUPREME COURT IDENTIFICATION NO.:**

**ADDRESS (SEE INSTRUCTIONS):** 5546 Miriam Rd Philadelphia PA 19124

**E-MAIL ADDRESS:**

**SIGNATURE:** Marcly Jean-Paul

**DATE:** 10/03/2016

01-101 (Rev. 6/08)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

MARCely Jean-Paul

OCTOBER 2016

VS

All unKnow occopants

000075

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 | Asociacion De Licenciados<br>De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 |

10-284

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

**ATTEST** OCTOBER 2016

Marly Jean-Paul, Plaintiff

OCT 3 2016
JUDICIAL RECORDS
J. MURPHY

000075 Term, 20____

v.

Unknow occupants All, Defendant

No. _____

Control No. _____

1) Plaintiff is, Marcly Jean-Paul whith an address 5546 Miriam Rd Philadelphia PA 19124.

2) Defendants are Unknow All

3) The Defendants, Unknow All occupy the Property wich is located At: 6230 N Norwood Street Philadelphia PA 19138

4) Plaintiffs is the owner of the property by Virtue of A Deed from the Sheriff.

5) Plaintiff is entitled to imediate Possession of The Property.

6) Plaintiff Has Demanded Possession of the Property of the from the Defendants, who Have refused to deliver up Possession

7) Plaintiff is entitled to imediate Possession of the property Wherefore, Plaintiffs Request Judgment for Possession of the Property.

## VERIFICATION

Plaintiff(s) *Marcly Jean-Paul*

hereby verify that the statements set forth in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief; I understand that these statements are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

*Marcly Jean-Paul*
Signature of Plaintiff

_____
Signature of Plaintiff

Dated: 10/03/2016

6

08/25/2016 03:14 PM   Page 1 of 6    Rec Fee: $252.00
Receipt#: 16-84947
Records Department   Doc Code: DS
State RTT: $715.02    Local RTT: $2,145.06

Case 2:17-cv-01774-CMR  Document 3  Filed 04/28/17  Page 18 of 20

1605-346

# Know all Men by these Presents

THAT I, Jewell Williams, Sheriff of the County of Philadelphia in the Commonwealth of Pennsylvania, for and in consideration of the sum of TWENTY-THREE THOUSAND FIVE HUNDRED AND XX / 100 [$23,500.00] dollars, to me in hand paid, do hereby grant and convey to MARCLY JEAN-PAUL .

**DESCRIPTION**

BRT#: 172488600

Premises Being:    6230 N NORWOOD ST, PHILADELPHIA, PA 19138-2528

SEE ATTACHED LEGAL DISCRIPTION

*The same having been sold, on the 2nd day of August Anno Domini Two Thousand Sixteen, after due advertisement, according to the law, under and by virtue of a Writ of Execution/DECREE issued out of the Court of Common Pleas as of March Term, Two Thousand Thirteen Number 2766 as the suit of:*

U.S. BANK NATIONAL ASSOCIATION ((TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURED DATED AS OF APRIL 1, 1982))

VS.

AISHA RHODES

**In witness whereof, I have hereunto affixed my signature this 11th day of August Anno Domini Two Thousand Sixteen.**

**SEALED AND DELIVERED
IN THE PRESENCE OF:**

*Marilyn R Franks*
Marilyn R Franks (Aug 11, 2016)
Witness

*Richard Tyer*
Richard Tyer (Aug 11, 2016)
Witness

Jewell Williams, SHERIFF

BY

*Joseph C. Vignola*
Joseph C. Vignola (Aug 11, 2016)
Joseph C. Vignola, Undersheriff

Commonwealth of Pennsylvania :
County of Philadelphia :

On this, the 11 Aug 2016, before me, the undersigned Officer, personally appeared JEWELL WILLIAMS, BY HIS/HER UNDERSHERIFF JOSEPH C. VIGNOLA, Sheriff of the County of Philadelphia, known to me (or satisfactorily proven) to be the person described in the foregoing instrument, and acknowledged that he/she executed the same in the capacity therein stated and for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Steven J. Wulko*
Steven J. Wulko, 2016
Office of Judicial Records
Steven J. Wulko, Deputy Director

---

Book No. 1605
Writ No. 346
Control No. _____

# Deed = Poll

Jewell Williams, SHERIFF

TO

MARCLY JEAN-PAUL

---

Mar. T. 2013

No. 2766

Premises:
6230 N NORWOOD ST
PHILADELPHIA, PA19138-2528

U.S. BANK NATIONAL ASSOCIATION ((TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURED DATED AS OF APRIL 1, 1982))

VS.

AISHA RHODES

The Address of the within-named Grantee
5546 MIRIAM ROAD
PHILADELPHIA, PA19124
On behalf of the Grantee

Jewell Williams, SHERIFF
Philadelphia Sheriff Office

---

Sheriff of the County of Philadelphia
Captain Richard Verrecchio
Witness
Real Estate/Settlement Dept.
Land Title Building
100 South Broad Street 5th Floor
Philadelphia, PA19110